| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | | |
|---|---|---|
| LENNOARD RAY HARE, | § § | |
| versus | § § | CIVIL ACTION NO. 4:19CV118 |
| UNITED STATES OF AMERICA. | § § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On May 20, 2019, the report of the Magistrate Judge (Dkt. #6) was entered containing proposed findings of fact and recommendations that Plaintiff Lennoard Ray Hare's case be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41. Plaintiff acknowledged receipt of the report on June 6, 2019 (Dkt. #7).

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Plaintiff's case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

SIGNED at Beaumont, Texas, this 30th day of August, 2019.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE